IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative
of the Estate of Elaine Archuleta, Deceased,

      Plaintiff,

vs.                      No. 1:14-CV-00472-MV-GBW

RIO ARRIBA COUNTY BOARD OFCOMMISSIONERS,
a municipal entity organized under the laws of the State of
New Mexico and its subsidiary, JOHN DOES and JANE DOES
Numbers 1-10, unknown officers employed at the Rio Arriba
County Detention Center in their Individual and official capacities;
LA CLINICA DEL PUEBLO DE RIO ARRIBA;
and SHIRLEY R. KNACKSTEDT,

      Defendants.

## ENTRY OF APPEARANCE

COMES NOW W. Mark Mowery of the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A., and hereby enters his appearance on behalf of Defendants La Clinica del Pueblo de Rio Arriba and Shirley R. Knackstedt in the above styled case. Copies of all correspondence, pleadings, notices, etc. should be addressed to W. Mark Mowery at the address set forth below.

    Respectfully submitted:

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By:  /s/ W. Mark Mowery
        W. Mark Mowery
    Attorneys for Defendants La Clinica del Pueblo de Rio
      Arriba and Shirley R. Knackstedt
    Post Office Box 1357
    Santa Fe, NM 87504-1357
    Telephone: (505) 954-3900
    Facsimile: (505) 854-3942
    E-mail: mmowery@rodey.com

I hereby certify that a true and accurate copy of the foregoing pleading was forwarded via the Court's electronic service methods to:

**Doug Perrin**
**The Perrin Law Firm**
**1322 Paseo de Peralta, Lower Level**
**Santa Fe, NM  87501**

**Thomas M. Clark**
**Michael R. Jones**
**Clark Jones & Pennington**
**1322 Paseo de Peralta**
**Santa Fe, NM  87501**

**Robert Becker**
**Yenson, Allen & Wosick, P.C.**
**4908 Alameda Blvd., NE**
**Albuquerque, NM  87113-1736**

on this 5th day of September, 2014.

Rodey, Dickason, Sloan, Akin & Robb, P.A.

By:   /s/ W. Mark Mowery
         W. Mark Mowery