IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative of
the Estate of Elaine Archuleta, Deceased,

       Plaintiff,

vs.                                          Civil No. 14-472 MV/GBW

RIO ARRIBA COUNTY BOARD OF COMMISSIONERS,
 a municipal entity organized under the laws of the
State of New Mexico and its subsidiary,
GENARO MADRID;
GUILLERMO JARAMILLO;
ORLANDO ULIBARRI;
GUY JORDAN;
JAMES CULIN; and
EDWARD MERCURE, in their individual and official capacities; and
UNITED STATES OF AMERICA,

       Defendants.

## NOTICE OF ENTRY OF APPEARANCE

     Cynthia L. Weisman, Assistant United States Attorney for the District of New Mexico, hereby enters her appearance on behalf of the United States.  The undersigned AUSA should be substituted in place of attorney W. Mark Mowery, who was representing La Clinica Del Pueblo de Rio Arriba and Shirley R. Knackstedt, who are no longer named defendants in this case, and who have been replaced with the United States as a named defendant. (Doc. 44, Fourth Amended Complaint.) The United States will file an answer to the Fourth Amended Complaint by February 16, 2015.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

<u>Filed electronically January 15, 2015</u>
CYNTHIA L. WEISMAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1458
cynthia.weisman@usdoj.gov

I HEREBY CERTIFY that on January 15, 2015, I filed the foregoing pleading electronically through the CM/ECF system, which caused the counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

<u>Filed electronically January 15, 2015</u>
CYNTHIA L. WEISMAN
Assistant United States Attorney