IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative
of the Estate of Elaine Archuleta, Deceased,

      Plaintiff,

vs.                                                  No. 1:14-cv-00472 MV/GBW

RIO ARRIBA COUNTY BOARD OF
COMMISSIONERS, a municipal entity
Organized under the laws of the State of
New Mexico and its subsidiary, GENARO
MADRID; GUILLERMO JARAMILLO;
ORLANDO ULIBARRI; GUY JORDAN;
JAMES CULIN; and EDWARD MERCURE,
and the UNITED STATES OF AMERICA,

      Defendants.

## **DEFENDANTS' NOTICE OF UNAVAILABILITY**

      PLEASE TAKE NOTICE that Robert W. Becker, Esq., will be unavailable from March 22 to March 30, 2015 and April 22 to April 27, 2015.

                                  Respectfully submitted,

                                  YENSON, ALLEN & WOSICK, P.C.
                                  *Electronically filed*

      By:   */s/ Robert W. Becker*
              Robert W. Becker
              *Attorneys for Defendants Rio Arriba County*
              *Board of County Commissioners, Genaro*
              *Madrid, Guillermo Jaramillo, Orlando Ulibarri,*
              *Guy Jordan, James Culin and Edward Mercure*
              4908 Alameda Blvd NE
              Albuquerque, NM 87113-1736
              (505) 266-3995
              rbecker@ylawfirm.com

**I HEREBY CERTIFY** that on the 20th day of January, 2015 I filed the foregoing electronically through the CM/ECF Filing System, which caused the following parties or counsel to be served by electronic means:

Doug Perrin
The Perrin Law Firm
1322 Paseo de Peralta, Lower Level
Santa Fe, NM  87501
(505) 989-8800
dougperrin@perrinlaw.org
*Attorneys for Plaintiff*

Thomas M. Clark
Michael R. Jones
Clark, Jones & Pennington
1322 Paseo de Peralta
Santa Fe, NM  87501
(505) 820-1825
tmattclark@earthlink.net
mrjoneslaw@yahoo.com
*Attorneys for Plaintiff*

Cynthia Weisman, Esq.
Office of the U.S. Attorney
Post Office Box 607
Albuquerque, NM  87103-0607
(505) 346-7274
cynthia.weisman@usdoj.gov
*Attorneys for United States*
*of America*

*/s/ Robert W. Becker*
Robert W. Becker