# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### CIV 14-472 MV/GBW

*Dean v. Rio Arriba County Board of Commissioners*

### Date of Hearing: 1/20/2015
*(not recorded)*

| | |
|---|---|
| **Attorney(s) for Plaintiff**: | K. Douglas Perrin |
| **Attorney(s) for Defendant** **Rio Arriba Cnty. Bd. of Comm'rs**: | Robert W. Becker |
| **Attorney(s) for Defendant** **United States of America**: | Cynthia L. Weisman |
| **Proceedings**: | Telephonic Status Conference |
| *Start Time*: | 9:30 a.m. |
| *Stop Time*: | 9:36 a.m. |
| **Total Time:** | **6 minutes** |
| **Clerk**: | JGM |

**Notes**:

- The Court made introductions.
- The Court said that it had set this status conference to discuss resetting the settlement conference given the introduction of the United States as a party

to the case, as requested in Mr. Becker's January 13, 2015 letter to the Court.
- The Court asked Ms. Weisman whether the United States anticipated requesting extensions for the existing deadlines.
- Ms. Weisman stated that the United States would request extensions following the filing of its answer in mid-February.
- The Court stated that it believed it would be best to wait to reset the settlement conference until the new pretrial deadlines were scheduled, and the parties agreed.
- The Court stated that it would vacate the settlement conference and schedule a second Rule 16 conference after the United States had filed its answer.
- The Court concluded the proceedings.