IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative
of the Estate of Elaine Archuleta, Deceased,

      Plaintiff,

vs.                                             No. 1:14-cv-00472 MV/GBW

RIO ARRIBA COUNTY BOARD OF
COMMISSIONERS, a municipal entity
Organized under the laws of the State of
New Mexico and its subsidiary, GENARO
MADRID; GUILLERMO JARAMILLO;
ORLANDO ULIBARRI; GUY JORDAN;
JAMES CULIN; and EDWARD MERCURE,
and the UNITED STATES OF AMERICA,

      Defendants.

## RIO ARRIBA COUNTY DEFENDANTS' NOTICE OF ERRATA AS TO AMENDED JOINT STATUS REPORT (DOC. 60)

Come now the Rio Arriba County Defendants, by and through their counsel of record, Yenson, Allen & Wosick, P.C. (Robert W. Becker, appearing), and note the following error and amendment to their contentions on page 5 of the Amended Joint Status Report as follows:

First Full Paragraph: Should read "expired in the early morning hours of August 30, 2012."

Respectfully submitted,

YENSON, ALLEN & WOSICK, P.C.

*/s/ Robert W. Becker*
Robert W. Becker
*Attorneys for Defendants Rio Arriba County Board of County Commissioners, Genaro Madrid, Guillermo Jaramillo, Orlando Ulibarri, Guy Jordan, James Culin and Edward Mercure*
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
(505) 266-3995
rbecker@ylawfirm.com

**I HEREBY CERTIFY** that on the 9th day of April, 2015 I filed the foregoing electronically through the CM/ECF Filing System, which caused the following parties or counsel to be served by electronic means:

Doug Perrin
The Perrin Law Firm
1322 Paseo de Peralta, Lower Level
Santa Fe, NM 87501
(505) 989-8800
dougperrin@perrinlaw.org
*Attorneys for Plaintiff*

Thomas M. Clark
Michael R. Jones
Clark, Jones & Pennington
1322 Paseo de Peralta
Santa Fe, NM 87501
(505) 820-1825
tmattclark@earthlink.net
mrjoneslaw@yahoo.com
*Attorneys for Plaintiff*

Cynthia L. Weisman, Esq.
Office of the U.S. Attorney
Post Office Box 607
Albuquerque, NM  87103-0607
(505) 346-7274
[cynthia.weisman@usdoj.gov](mailto:cynthia.weisman@usdoj.gov)
***Attorneys for United States***
***of America***

***/s/ Robert W. Becker***
Robert W. Becker