UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative of
the Estate of Elaine Archuleta, Deceased,

       Plaintiff,

vs.                                                 No. 14-472 MV/GBW

RIO ARRIBA COUNTY BOARD OF COMMISSIONERS,
a municipal entity organized under the laws of the
State of New Mexico and its subsidiary,
GENARO MADRID;
GUILLERMO JARAMILLO;
ORLANDO ULIBARRI;
GUY JORDAN;
JAMES CULIN; and
EDWARD MERCURE, in their individual and official capacities; and
UNITED STATES OF AMERICA,

       Defendants.

## NOTICE OF SETTLEMENT AS TO UNITED STATES

Notice is given that as of April 17, 2015, the parties settled this action as to Defendant the United States of America. The parties will submit closing documents shortly.

                                            Respectfully submitted,
                                            DAMON P. MARTINEZ
                                            United States Attorney
                                            <u>Electronically filed April 21, 2015</u>
                                            CYNTHIA L. WEISMAN
                                            Assistant U.S. Attorney
                                            P.O. Box 607
                                            Albuquerque, NM 87102
                                            (505) 224-1458
                                            Cynthia.Weisman@usdoj.gov

      I HEREBY CERTIFY that on April 21, 2015, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

                                            <u>Electronically filed April 21, 2015</u>
                                            CYNTHIA L. WEISMAN
                                            Assistant U.S. Attorney