IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, *Personal Representative*
*of the Estate of Elaine Archuleta*,

    Plaintiff,

v.                                                      Civ. No. 14-472 MV/GBW

RIO ARRIBA COUNTY BOARD
OF COMMISSIONERS, *et al.*,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The Court has been notified that Plaintiff has reached a settlement with Defendant United States of America. *See doc. 64.* Accordingly,

IT IS HEREBY ORDERED that closing documents for Defendant United States of America be filed by Plaintiff no later than **May 26, 2015**, absent a request showing good cause for an extension.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE