IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative
of the Estate of Elaine Archuleta, Deceased,

    Plaintiff,

v.                             Case No. 1:14-cv-00472-MV-GBW

RIO ARRIBA COUNTY BOARD OF
COMMISSIONERS, a municipal entity
Organized under the laws of the State of
New Mexico and its subsidiary;
GENARO MADRID; GUILLERMO JARAMILLO;
ORLANDO ULIBARRI; GUY JORDAN; JAMES CULIN; and
EDWARD MERCURE, in their individual and official capacities;
LA CLINICA DEL PUEBLO DE RIO ARRIBA;
SHIRLEY R. KNACKSTEDT; and
UNITED STATES OF AMERICA,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 30th day of April, 2015, I served by forwarding true and correct copies of the following documents to counsel of record for Defendants, Robert Becker, Yenson, Allen & Wosick, P.C., 4908 Alameda Bouleveard NE, Albuquerque, New Mexico 87113, Via Facsimile 505-268-6694, as stated below:

    1.    Plaintiff's Notice of Oral Deposition of Defendant Rio Arriba County Board of Commissioners Through Lawrence DeYapp;

    2.    Plaintiff's Notice of Oral Deposition of Defendant Genaro Madrid;

    3.    Plaintiff's Notice of Oral Deposition of Defendant Guillermo Jaramillo;

    4.    Plaintiff's Notice of Oral Deposition of Defendant Orlando Ulibarri;

    5.    Plaintiff's Notice of Oral Deposition of Defendant Guy Jordan;

6. Plaintiff's Notice of Oral Deposition of Defendant James Culin;

7. Plaintiff's Notice of Oral Deposition of Defendant Edward Mercure; and

8. this Certificate of Service.

Respectfully submitted,

**THE PERRIN LAW FIRM**
1322 Paseo de Peralta, Lower Level
Santa Fe, New Mexico 87501
Telephone: (505) 989-8800
Facsimile: (214) 646-6117
Email: dougperrin@perrinlaw.org

*/s/Doug Perrin*
Doug Perrin

**CLARK, JONES & PENNINGTON**
Thomas M. Clark
Michael R. Jones
1322 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 820-1825
Facsimile: (505) 986-0475
Email: tmattclark@earthlink.net
Email: mrjoneslaw@yahoo.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that a true and correct copy of
the foregoing document was forwarded to counsel of record
for the Defendants as stated below:

**VIA FACSIMILE: (505) 268-6694**
Robert Becker
Yenson, Allen & Wosick, P.C.
4908 Alameda Boulevard NE
Albuquerque, NM 87113-1736

this 30th day of April, 2015.


By: */s/Doug Perrin*
    Doug Perrin