# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### CIV 14-472 MV/GBW

*Dean v. Rio Arriba County Board of Commissioners, et al.*

### Date of Hearing:    4/27/2015
### *(not recorded)*

| | |
|---|---|
| **Attorney(s) for Plaintiff(s)**: | Kenneth D. Perrin |
| **Attorney(s) for Defendant Ulibarri:** | Jamie Sullivan |
| **Attorney(s) for remaining Rio Arriba County Defendant(s):** | Robert W. Becker |
| **Attorney(s) for Defendant USA:** | Cynthia L. Weisman |
| **Proceedings**: | Second Rule 16 Hearing |
| *Start Time*: | 8:30 a.m. |
| *Stop Time*: | 8:42 a.m. |
| **Total Time:** | **12 minutes** |
| **Clerk**: | JGM |

**Notes**:

- The Court made introductions.
- The Court asked whether there was any objection to excusing Ms. Weisman from the instant conference due to the fact that Plaintiff had entered into a

- settlement agreement with Defendant United States of America. There being no objection, Ms. Weisman was excused.
- Mr. Sullivan informed the Court that he would be entering his appearance on behalf of Defendant Ulibarri. The Court inquired whether this would affect the distribution or total number of discovery requests. Defense counsel agreed that they would like the maximum discovery requests to apply to all defendants as a group, but requested increasing the limits by five to ten each.
- After consulting with the parties, the Court stated that it would set the following discovery limits per side:

    A maximum of 30 interrogatories
    A maximum of 30 requests for production
    A maximum of 30 requests for admission
    A maximum of 15 depositions

- The Court stated that it would set the following deadlines and discovery limits:

    | | |
    |---|---|
    | Discovery ends: | 10/23/2015 |
    | Discovery Motions: | 11/13/2015 |
    | Plaintiff Experts: | 6/12/2015 |
    | Defense Experts: | 7/14/2015 |
    | Pretrial Motions: | 11/23/2015 |

- After consulting with the parties, the Court stated that it would set a settlement conference for June 22, 2015[1], in Las Cruces, NM.
- The Court stated that, there being no objection, the individual defendants would be excused from the settlement conference.
- The Court informed the parties that it would be prepared to address discovery disputes through informal status conferences as an alternative to lengthy and costly motions practice, and that the parties could take advantage of this option by contacting the Court.
- The Court closed the proceedings.

---

[1] Per subsequent correspondence, the settlement conference will in fact take place on June 23, 2015.