# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL DEAN, Personal Representative**
of the Estate of Elaine Archuleta, Deceased,

    Plaintiff,

v.                                                      Cause No. 14-CV-00472 MV-GBW

**RIO ARRIBA COUNTY BOARD OF
COMMISSIONERS, a municipal entity
organized under the laws of the State of
New Mexico and its subsidiary;
GENARO MADRID; GUILLERMO JARAMILLO;
ORLANDO ULIBARRI; GUY JORDAN;
JAMES CULIN; AND EDWARD MERCURE,**
in their individual and official capacities;
and **UNITED STATES OF AMERICA,**

    Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW** Brennan & Sullivan, P.A., James P. Sullivan, and hereby notifies the Court and counsel that James P. Sullivan substitutes appearance for Robert W. Becker, Esq. as counsel for Defendant Orlando Ulibarri in this matter.

                                        Respectfully submitted,

                                        BRENNAN & SULLIVAN, P.A.

                      By:    */s/ James P. Sullivan*
                              James P. Sullivan
                              128 East DeVargas
                              Santa Fe, New Mexico 87501
                              (505) 995-8514
                              *Attorneys for Defendant Orlando Ulibarri*

Approved:


*Approved via email 05/05/15*
Robert W Becker, Esq.
Yenson Allen & Wosick, PC
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
505 268-6694  FAX
rbecker@ylawfirm.com
*Attorneys for Defendants Rio Arriba County*
*Brd. of Commiss., Guillermo Jaramillo,*
*Edward Mercure, James Culin, Guy Jordan*
*And Genaro Madrid*


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on the 5th day of May, 2015, the foregoing was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kenneth Douglas Perrin, Esq.
The Perrin Law Firm
1322 Paseo de Peralta - Lower Level
Santa Fe, NM 87501
505-989-8800
214-646-6117  FAX
dougperrin@perrinlaw.org
   And
Michael R Jones, Esq.
Clark Jones & Pennington, LLC
1322 Paseo de Peralta
Santa Fe, NM 87501
(505) 820-1825
505-986-0475  FAX
mrjoneslaw@yahoo.com
   And

Thomas M. Clark, Esq.
Clark and Jones, LLC
1322 Paseo de Peralta
Santa Fe, NM 87501
505-820-1825
505-986-0475  FAX
tmattclark@earthlink.net
*Attorneys for Plaintiff*

Robert W Becker, Esq.
Yenson Allen & Wosick, PC
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
505 268-6694  FAX
rbecker@ylawfirm.com
*Attorneys for Defendants Rio Arriba County Brd. of Commiss.,*
*Guillermo Jaramillo, Edward Mercure, James Culin, Guy Jordan*
*And Genaro Madrid*

Cynthia L. Weisman, Esq.
U.S. Attorney's Office
P.O. Box 607
Albuquerque, NM 87103
505-346-7274
505-346-7296  FAX
cynthia.weisman@usdoj.gov
*Attorneys for Defendant United States of America*

By: */s/ James P. Sullivan*
James P. Sullivan