IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative
of the Estate of Elaine Archuleta, Deceased,

      Plaintiff,

vs.                                    Civil No. 14-472 MV/GBW

RIO ARRIBA COUNTY BOARD OF COMMISSIONERS,
a municipal entity Organized under the laws of the State of
New Mexico and its subsidiary, GENARO MADRID;
GUILLERMO JARAMILLO; ORLANDO ULIBARRI;
GUY JORDAN; JAMES CULIN; and EDWARD MERCURE,
and the UNITED STATES OF AMERICA,

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UNITED STATES OF AMERICA

      Plaintiff, Defendant United States of America, and the County Defendants (Rio Arriba County Board of Commissioners, Genaro Madrid, Guillermo Jaramillo, Orlando Ulibarri, Guy Jordan, James Culin, and Edward Mercure), through their undersigned counsel, hereby stipulate and agree that Defendant United States of America is dismissed from this case and cause of action with prejudice, with the parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

      Respectfully submitted,

      DAMON P. MARTINEZ
      United States Attorney
      <u>Filed electronically May 12, 2015</u>
      CYNTHIA L. WEISMAN
      Assistant U.S. Attorney
      P.O. Box 607
      Albuquerque, N.M. 87103
      (505) 224-1458
      Cynthia.Weisman@usdoj.gov

Approved May 11, 2015
Doug Perrin
THE PERRIN LAW FIRM
1322 Paseo de Peralta, Lower Level
Santa Fe, New Mexico 87501
505-989-8800
dougperrin@perrinlaw.org
      and
Approved May 11, 2015
Thomas M. Clark
Michael R. Jones
CLARK, JONES & PENNINGTON
1322 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 820-1825
Facsimile: (505) 986-0475
tmattclark@earthlink.net
mrjoneslaw@yahoo.com
Counsel for Plaintiff


Approved by email April 17, 2015
Robert W. Becker
YENSON, ALLEN & WOSICK, P.C.
4908 Alameda Blvd NW
Albuquerque, NM 87113-1736
505-266-3995
rbecker@ylawfirm.com
Counsel for Defendants Rio Arriba County Board of Commissioners, Genaro Madrid, Guillermo Jaramillo, Guy Jordan, James Culin, and Edward Mercure


Approved by email May 12, 2015
James P. Sullivan
BRENNAN & SULLIVAN, P.A.
128 East De Vargas
Santa Fe, NM 87501
(505) 995-8514
jamie@brennsull.com
Counsel for Defendant Orlando Ulibarri