IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, *Personal Representative*
*of the Estate of Elaine Archuleta, deceased,*

    Plaintiff,

v.                              No. 14-cv-472 MV/GBW

RIO ARRIBA COUNTY BOARD
OF COMMISSIONERS, *et al.*,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

At the settlement conference held by the Court, the parties reached a settlement in this matter. Accordingly,

IT IS HEREBY ORDERED that closing documents be filed by Plaintiff no later than **July 24, 2015**, absent a request showing good cause for an extension.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE