IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL DEAN, Personal Representative
of the Estate of Elaine Archuleta, Deceased,

       Plaintiff,

vs.                                       No. 1:14-cv-00472 MV/GBW

RIO ARRIBA COUNTY BOARD OF
COMMISSIONERS, a municipal entity
Organized under the laws of the State of
New Mexico and its subsidiary, GENARO
MADRID; GUILLERMO JARAMILLO;
ORLANDO ULIBARRI; GUY JORDAN;
JAMES CULIN; and EDWARD MERCURE,
and the UNITED STATES OF AMERICA,

       Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST DEFENDANT RIO ARRIBA COUNTY
BOARD OF COUNTY COMMISSIONERS**

      COMES NOW Plaintiff, Crystal Dean, Personal Representative of the Estate of Elaine

Archuleta, by and through her counsel, and pursuant to Fed.R.Civ.P. 41, hereby stipulates to

dismissing with prejudice any and all claims asserted against Defendant Rio Arriba County

Board of County Commissioners.  In accordance with said Rule, this stipulation of dismissal

with prejudice has been signed by counsel for all parties who have appeared herein.  Each party

shall bear their own costs.

Respectfully submitted,

THE PERRIN LAW FIRM


By: */s/ Doug Perrin_____*
       Doug Perrin
       1322 Paseo de Peralta, Lower Level
       Santa Fe, NM  87501
       (505) 989-8800
       dougperrin@perrinlaw.org
       *Attorneys for Plaintiff*


CLARK, JONES & PENNINGTON


By*: /s/ Michael R. Jones_____*
       Thomas M. Clark
       Michael R. Jones
       432 Galisteo St.
       Santa Fe, NM  87501
       (505) 820-1825
       tmclark@cjplawsf.com
       mjones@cjplawsf.com
       *Attorneys for Plaintiff*


BRENNAN & SULLIVAN, P.A.


By :/s/ *James P. Sullivan_____*
       James P. Sullivan, Esq.
       128 East DeVargas
       Santa Fe, NM  87501
       (505) 995-8514
       jamie@brennsull.com
       *Attorneys for Defendant Orlando Ulibarri*

YENSON, ALLEN & WOSICK, P.C.


By:___*/s/ Robert W. Becker*_____
         Robert W. Becker
         *Attorneys for Defendants Marvin Armijo,*
         *Anthony Armijo, James Culin, Manuel Valdez,*
         *Guy Jordan, the Board of County Commissioners*
         *for Rio Arriba County, The Rio Arriba County*
         *Sheriff's Office, Thomas Rodella and*
         *Lawrence DeYapp*
         4908 Alameda Blvd., NW
         Albuquerque, NM  87113-1376
         (505) 266-3995
         rbecker@ylawfirm.com

3